against the Commonwealth, the Legislature appears to have included the right to award interest." [16]

Order affirmed.

ROBERTS, J., did not participate in the consideration or decision of this case.

336 A.2d 865

COMMONWEALTH of Pennsylvania

v.

William DeROHN, Appellant.

Supreme Court of Pennsylvania.

Submitted April 9, 1975.

Decided May 13, 1975.

Philip D. Lauer, Asst. Public Defender, Easton, for appellant.

Charles H. Spaziani, Dist. Atty., John E. Gallagher, First Asst. Atty., Easton, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

16. See also *Lichtenstein v. Pennsylvania Turnpike Commission,* 398 Pa. 415, 158 A.2d 461 (1960), wherein this Court held that the Turnpike Commission does not share the Commonwealth's exemption from liability for interest. In so holding, this Court overruled *Pennsylvania Turnpike Commission v. Smith,* 350 Pa. 355, 39 A.2d 139 (1944), "so far as its holding equates the Turnpike Commission with the Commonwealth in respect of liability for interest on claims against it." *Lichtenstein v. Pennsylvania Turnpike Commission, supra,* 398 Pa. at 420, 158 A.2d at 463.

## OPINION OF THE COURT

PER CURIAM.

Order affirmed.

336 A.2d 865

**COMMONWEALTH of Pennsylvania**

**v.**

**Monserrate ZAPATA, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 27, 1974.

Decided May 13, 1975.

Samuel Kagle, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Mark Sendrow, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Appeal quashed.